# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| ANDRE ALLEN BRIDGES,<br><br>      Petitioner,<br>v.<br><br>RANDALL HEPP,<br><br>      Respondent. | Case No. 17-CV-384-JPS<br><br><br><br>**ORDER** |

The petitioner, who is incarcerated at Fox Lake Correctional Institution, Wisconsin, filed a *pro se* Petition for Writ of Habeas Corpus on March 15, 2017. (Docket #1). The Clerk of Court instructed the petitioner by letter dated March 17, 2017, to either pay the mandatory filing fee of $5.00 or file both a Petition & Affidavit to Proceed without Prepayment of Fees and/or Costs and a copy of his Prisoner Trust Account Statement showing the current balance by April 7, 2017. (Docket #2); *see also* 28 U.S.C. § 1914(a). That deadline has passed and, to date, the petitioner has not paid the filing fee or otherwise responded. Petitioner must pay the filing fee or provide the documents requested by the Clerk no later than **April 21, 2017**, or this action will be dismissed. *See* Civil L. R. 41(c).

   **IT IS ORDERED** that on or before **April 21, 2017**, the petitioner shall either pay the filing fee or provide the documents requested by the Clerk of the Court.

Dated at Milwaukee, Wisconsin, this 10th day of April, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge